IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

GRACE DE PAZ,

    Plaintiff,

CASE NO.: 6:11-cv-200-ORL-28GJK

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, SOUTHWEST CREDIT SYSTEMS, L.P., by undersigned counsel, files this Notice of Settlement. In support of this Notice, DEFENDANT states as follows:

1. The parties have reached a settlement in this case.

2. The parties have agreed on the language of the settlement agreement/release and have circulated the document for signatures.

3. As soon as the document is signed by all parties, PLAINTIFF will file a voluntary notice of dismissal with prejudice in this case.

4. Counsel for DEFENDANT consulted with Counsel for PLAINTIFF regarding the filing of this Notice and Counsel for PLAINTIFF has no objection to the filing of this Notice.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Facsimile and U.S. Mail to the following on this _3_ day of May, **2011**: **JAMES PACITTI, ESQ.,** Krohn & Moss Ltd., 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.

        Respectfully submitted,

        SCHWED McGINLEY & KAHLE, LLC
        11410 North Jog Road, Suite 100
        Palm Beach Gardens, FL 33418
        Phone: (561) 694-0070 Fax: (561) 694-0057

    By: _____
        Lloyd R. Schwed, Esq. (Trial Counsel)
        Florida Bar No.: 508713
        lschwed@schwedmcginley.com
        Douglas A. Kahle, Esq. (Trial Counsel)
        Florida Bar No.: 0141194
        dkahle@schwedmcginley.com