**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GRACE DE PAZ,**

    **Plaintiff,**

**-vs-**                                          **Case No. 6:11-cv-200-Orl-28GJK**

**SOUTHWEST CREDIT SYSTEMS, LP,**

    **Defendant.**
_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal (Doc. No. 13), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party